IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL KEARNEY, | : | |
| *Plaintiff,* | : | CIVIL ACTION |
| v. | : | |
| IRONRIDGE, INC., et al., | : | NO. 23-4505 |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this **14th** day of **May 2024**, upon consideration of Defendants' Motion to Compel Arbitration and Dismiss The Case (ECF No. 11), Plaintiff's Response in Opposition to Defendants' Motion (ECF No. 12), the parties' Joint Statement of Stipulated Facts (ECF No. 16), Defendants' Reply in Support of their Motion (ECF No. 17), and Plaintiff's Sur-Reply in Opposition to Defendant's Motion (ECF No. 18), it is hereby **ORDERED** that Defendants' Motion (ECF No. 11) is **DENIED**. It is further **ORDERED** that a responsive pleading to the Complaint (ECF No. 1) is due on or before **May 28, 2024.**

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**